**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States v. Benjamin    Docket No.: 22-3091

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Bonita Robinson

Firm: Patterson Belknap Webb & Tyler LLP

Address: 1133 Avenue of the Americas, New York, NY 10036

Telephone: (212) 336-2554    Fax: (212) 336-2222

E-mail: brobinson@pbwt.com

Appearance for: Current and Former New York Elected Government Officials (See Appendix A)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendant-Appellee Brian Benjamin )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Bonita Robinson

Type or Print Name: Bonita Robinson

# APPENDIX A[*]

New York State Senator Marisol Alcantara (ret.)

New York State Assemblymember Michael Blake (ret.)

New York State Assemblymember Karim Camara (ret.)

New York City Councilmember Robert Cornegy (ret.)

New York State Assemblymember Inez Dickens

Manhattan Borough President C. Virginia Fields (ret.)

New York State Assemblymember Edward Gibbs

New York State Assemblymember Walter Mosley (ret.)

New York State Assemblymember Annette Robinson (ret.)

United States Representative Max Rose (ret.)

New York State Assemblymember Frank Seddio (ret.)

New York State Assemblymember Al Taylor

New York City Councilmember David Yassky (ret.)

---

[*] *Amici curiae* appear in their individual capacities; institutional affiliations are provided here for identification purposes only.