

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 15, 2024

**BY CM/ECF**
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: **United States v. Benjamin**
     **Docket No. 22-3091**
     **Panel: Kearse, Jacobs, Menashi, C.JJ.**

Dear Ms. Wolfe,

  The Government writes concerning a factual development that may be relevant to the form of any opinion issued by this Court. At various points in its arguments in this case, the Government has discussed the anticipated testimony of Gerald Migdol should the bribery charges against the defendant proceed to trial. (*See, e.g.*, Gov't Br. 49; Gov't Reply Br. 25 n.12). The Government recently learned that Mr. Migdol died on or about February 9, 2024.

  The Government does not believe this development affects the legal issues before the Court, as the contents of the Indictment which is the subject of this appeal remain unchanged. Mr. Migdol's passing will affect *how* the Government proves its case at any trial, but the Government does not presently intend to abandon any allegation in the Indictment, and the manner in which the Government will prove those allegations is not at issue in this appeal. *See, e.g.*, *United States v. Alfonso*, 143 F.3d 772, 776-77 (2d Cir. 1998) (in reviewing dismissal of an indictment, this Court examines only whether the indictment is "valid on its face," and not the sufficiency of the evidence). Indeed, the Government will not be able to determine exactly what evidence it would present until, among other things, it receives the Court's decision in the instant appeal. The Government nonetheless wished to bring this development to the Court's attention because, for

example, any opinion that referenced Mr. Migdol's anticipated testimony would now be factually inaccurate.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney
                              Southern District of New York

                              /s/ Hagan Scotten
                              Hagan Scotten
                              Assistant United States Attorney
                              (212) 637-2410

cc: Barry H. Berke, Esq. (by ECF)
    Dani Renee James, Esq., (by ECF)
    Darren LaVerne, Esq. (by ECF)